**Query**      **Reports**      **Utilities**      **Help**      **Log Out**

BOND,CLOSED

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-01475-LLL-1

Case title: USA v. McFarland

Date Filed: 10/24/2024

Other court case number: 5:24-cr-43 Northern District of West Virginia

Date Terminated: 10/30/2024

Assigned to: Magistrate Judge Laura Lothman Lambert

### Defendant (1)

**Don Speir McFarland**
*TERMINATED: 10/30/2024*

represented by **Scott T. Schmidt**
Federal Defender's Office
200 W Forsyth Street
Suite 1240
Jacksonville, FL 32204
904-232-3039
Email: scott_schmidt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
| --- | --- |
| None | |

| Highest Offense Level (Opening) | |
| --- | --- |
| None | |

| Terminated Counts | Disposition |
| --- | --- |
| None | |

| Highest Offense Level (Terminated) | |
| --- | --- |
| None | |

| Complaints | Disposition |
| --- | --- |
| [1]-21:841(a)(1), 841(b)(1)(C); DISTRIBUTION OF FENTANYL. [2]-21:841(a)(1), 841(b)(1)(C); DISTRIBUTION OF FENTANYL. [3]-1-21:841(a)(1), 841(b)(1)(C); | |

DISTRIBUTION OF
METHAMPHETAMINE.

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Andrew Tysen Duva** |
| | | US Attorney's Office - FLM |
| | | Suite 700 |
| | | 300 N Hogan St |
| | | Jacksonville, FL 32202 |
| | | 904/301-6348 |
| | | Fax: 904/301-6310 |
| | | Email: Tysen.Duva@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2024 | 1 | Arrest pursuant to Rule 5(c)(3) of Don Speir McFarland from the Northern District of West Virginia. (NK) (Entered: 10/25/2024) |
| 10/24/2024 | 4 | MINUTE Entry for In Person proceedings held before Magistrate Judge Laura Lothman Lambert: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/24/2024 as to Don Speir McFarland from the Northern District of West Virginia. (DIGITAL) (NK) (Entered: 10/29/2024) |
| 10/24/2024 | 5 | ORAL MOTION to Appoint Counsel by Don Speir McFarland. (NK) (Entered: 10/29/2024) |
| 10/24/2024 | 6 | ORAL MOTION for Detention by USA as to Don Speir McFarland. (NK) (Entered: 10/29/2024) |
| 10/24/2024 | 7 | ORAL MOTION to Continue Detention Hearing by USA as to Don Speir McFarland. (NK) (Entered: 10/29/2024) |
| 10/24/2024 | 8 | WAIVER of Rule 5 & 5.1 Hearings hearing by Don Speir McFarland (filed in open court). (NK) (Entered: 10/29/2024) |
| 10/24/2024 | 11 | ***CJA 23 Financial Affidavit by Don Speir McFarland (filed in open court). (NK) (Entered: 10/30/2024) |
| 10/25/2024 | 9 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER (granting 5 ORAL Motion to Appoint Counsel) as to Don Speir McFarland(1). Signed by Magistrate Judge Laura Lothman Lambert on 10/25/2024. (NK)** (Entered: 10/29/2024) |
| 10/25/2024 | 10 | **ORDER OF TEMPORARY DETENTION (granting 7 ORAL Motion to Continue Detention Hearing) as to Don Speir McFarland. Detention Hearing set for 10/28/2024 at 03:15 PM in Jacksonville Courtroom 5D before Magistrate Judge Laura Lothman Lambert. Signed by Magistrate Judge Laura Lothman Lambert on 10/25/2024. (NK)** (Entered: 10/29/2024) |
| 10/28/2024 | 12 | MINUTE Entry for In Person proceedings held before Magistrate Judge Laura Lothman Lambert: DETENTION HEARING as to Don Speir McFarland held on 10/28/2024. (DIGITAL) (NK) (Entered: 10/30/2024) |

| 10/28/2024 | 13 | ORAL MOTION for Bond by USA as to Don Speir McFarland (United States Withdraws its ORAL Motion for Detention, doc. 6). (NK) (Entered: 10/30/2024) |
|---|---|---|
| 10/28/2024 | 14 | **ORDER SETTING CONDITIONS OF RELEASE (granting 13 ORAL Motion for Bond). Bond set for Don Speir McFarland(1); Release on Personal Recognizance. Signed by Magistrate Judge Laura Lothman Lambert on 10/28/2024. (NK)** (Entered: 10/30/2024) |
| 10/30/2024 | 15 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the Northern District of West Virginia as to Don Speir McFarland. Signed by Magistrate Judge Laura Lothman Lambert on 10/30/2024. (NK)** (Entered: 10/30/2024) |
| 10/30/2024 | | NOTICE to Northern District of West Virginia of a Rule 5 Initial Appearance as to Don Speir McFarland regarding your case number: 5:24-cr-43. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (NK) (Entered: 10/30/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/31/2024 09:16:15 | | |
| **PACER Login:** | nmmaxwell | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:24-mj-01475-LLL |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |